1048 ■

[No. 18768-3-III. Division Three. December 14, 2000.]

HACKNEY, MARCH & CARROLL, *Plaintiff*, v. PETER SMILDE, *Defendant*.
RUSSELL JONES, *Appellant*, v. SEATTLE FIRST NATIONAL BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-06956-9, Salvatore F. Cozza, J., entered August 31, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 19099-4-III. Division Three. December 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY WILLIAM BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-01609-8, Michael W. Leavitt, J., entered January 28, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 24801-8-II. Division Two. December 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LOREN DELOY ANTONIO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03308-1, Arthur W. Verharen, J., entered June 10, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, J., and Williams, J. Pro Tem.